CITY OF NORTH LAS VEGAS, NEVADA, A MUNICIPAL CORPORATION, APPELLANT, v. ROBERT KORNFIELD, GATEWAY ENTERPRISES, INC., BRENDA WILLIAMS AND BERNARD HAFT, RESPONDENTS.

No. 7316

May 14, 1973                                    509 P.2d 554

*Carl E. Lovell, Jr.,* City Attorney, and *Paul H. Schofield,* Chief Deputy City Attorney, North Las Vegas, for Appellant.

*Henry R. Gordon,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the district court is affirmed.